UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JACQUELINE HAMILTON | CIVIL ACTION NO. 08-1717 |
| VERSUS | |
| STANDARD INSURANCE COMPANY | DISTRICT JUDGE DEE D. DRELL |
| | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that, because the administrator did not abuse its discretion, plaintiff's claims are dismissed, with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22nd day of February, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**